STATE v. WHITAKER

No. 105PA82.

Case below: 55 N.C. App. 666.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 4 May 1982.

STATE v. WOODS

No. 192P82.

Case below: 56 N.C. App. 193.

Petition by defendant Moore for writ of certiorari to North Carolina Court of Appeals denied 4 May 1982.

STATE v. WOODY

No. 187P82.

Case below: 56 N.C. App. 467.

Petition by defendant for discretionary review under G.S. 7A-31 denied 22 April 1982.

SUPERSCOPE, INC. v. KINCAID

No. 227P82.

Case below: 56 N.C. App. 673.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 May 1982.

WALTERS v. WALTERS

No. 30PA82.

Case below: 54 N.C. App. 545.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 4 May 1982.